IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST,

    Plaintiff,

  v.

D. JONATHAN AGUILAR, et al.,

    Defendants.

                                      /

No. C 12-298 SI
Related case: C 11-5687 SI

**ORDER RELATING CASE TO C 11-5687 SI; GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*; REMANDING CASE TO CONTRA COSTA SUPERIOR COURT**

On January 24, 2012, Magistrate Judge Ryu issued a *sua sponte* Judicial Referral for Purposes of Determining Relationship of Cases, referring this case for a determination of whether it is related to *Deutsche Bank Trust Company Americas v. Aguilar et al.*, C 11-5687 SI. The Court finds that these cases are related under the Civil Local Rules because C 11-5687 SI and C 12-298 SI are identical; in both cases, defendant Delia Aguilar removed the same unlawful detainer action from the Superior Court for the County of Contra Costa.

On January 12, 2012, the Court remanded C 11-3587 SI to state court, finding that this Court lacked jurisdiction over the unlawful detainer case. Docket No. 13 in C 11-5687 SI. On January 19, 2012, defendant again removed the unlawful detainer case, asserting the same defective grounds for jurisdiction that defendant previously asserted in C 11-5687 SI. *Compare* Docket No. 1 in C 11-5687 SI and Docket No. No. 1 in C 12-298 SI.

For all of the reasons set forth in the Court's January 12, 2012 order in C 11-5687 SI, this Court

lacks jurisdiction over this unlawful detainer action, and this case is hereby REMANDED to the Superior Court for the County of Contra Costa. <u>Defendants are directed not to remove this action again, and are informed that any future removal of this unlawful detainer action will be assigned to this Court</u>.

**IT IS SO ORDERED.**

Dated: January 25, 2012

SUSAN ILLSTON
United States District Judge